SEALED





1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8             IN THE UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10
11 In the Matter of the Search of:           CASE NO. 2:15-SW-0166 KJN
12 THE CELLULAR TELEPHONE ASSIGNED           [PROPOSED] ORDER DELAYING NOTICE
   CALL NUMBER (661) 586-3686
13                                           **UNDER SEAL**

14

15         The United States has represented that there exists an ongoing investigation into the narcotics
16 trafficking and money laundering activities of the parties named in the application and order, signed
17 March 26, 2015, which authorized agents of Drug Enforcement Administration to ascertain the physical
18 location of the T-Mobile cellular telephone currently assigned: (661) 586-3686 ("TARGET CELL
19 PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location
20 information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a period of
21 30 days.
22         The government has further represented that service of the notice required by Federal Rules of
23 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence
24 to the targets.
25         Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall
26 be required to serve the notice shall be postponed for 90 days from the date of this Order.
27 ///
28 ///

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: April 24, 2015

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE