1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

SEP 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF          CASE NO. 2:15-SW-166 KJN

12 THE CELLULAR TELEPHONE ASSIGNED         [PROPOSED] ORDER TO UNSEAL SEARCH
   CALL NUMBER (661) 586-3686              WARRANT AND SEARCH WARRANT
13                                         AFFIDAVIT

14

15     The government's request to unseal the Search Warrant and this case is GRANTED.

16

17 Dated: September 21, 2015

18
                                    By: _____
19                                      ALLISON CLAIRE
                                        U.S. Magistrate Judge
20

ORDER                               1